IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KITTRICH CORPORATION, a          )
California corporation,          )    2:11-cv-00742-GEB-JKN
                                 )
          Plaintiff,             )
                                 )    ORDER RE: SETTLEMENT AND
     v.                          )    DISPOSITION
                                 )
GLOBAL GLORY INDUSTRIAL LIMITED, )
a Hong Kong corporation,         )
                                 )
          Defendant.             )
_____)
```

The parties filed a "Notice of Settlement" on October 19, 2012, in which they state: "the parties have reached agreement on the principal terms of a settlement[,] . . . are currently preparing settlement documentation[,] and, upon execution of such documentation, shall file a request for dismissal of the action in its entirety." (ECF No. 33, 2:1-3.) The parties further state that they expect a dispositional document to "be filed within 60 days" and request that the Court "stay all pending deadlines and vacate all pending court appearances." Id. at 2:4-6.

Therefore, a dispositional document shall be filed no later than December 18, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1     Further, the final pretrial conference scheduled on July 15, 2013, and trial, scheduled to commence on October 8, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]

    IT IS SO ORDERED.

Dated:  October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The mere representation that a case has settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2