ANDREA M. KIMBALL (CA SBN 196485)
SNR DENTON US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
(816) 460-2400 (phone)
(213) 892-2943 (Los Angeles Office)
(816) 531-7545 (facsimile)
Andrea.Kimball@snrdenton.com

KAREN C. MARCHIANO (CA SBN 233493)
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
(650)798-0300 (phone)
(650)798-0310 (facsimile)
Karen.Marchiano@snrdenton.com

Attorneys for Plaintiff
Kittrich Corporation

SAM T. YIP
ELLA CHEONG
5001 Hopewell Centre
183 Queen's Road East
Hong Kong
China
(852) 2161-9917 (phone)
(852) 2810-0933 (facsimile)
syip@ellacheong.com

Attorney for Defendant
Global Glory Industrial Limited

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTRICH CORPORATION, a California Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GLOBAL GLORY INDUSTRIAL LIMITED, a Hong Kong Corporation; BIG LOTS STORES, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>                    Defendants. | No. 2:11-cv-00742-GEB-KJN<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES |

Pursuant to Civil Local Rule 144 of the United States District Court for the Eastern District of California, Plaintiff Kittrich Corporation ("Kittrich") and Defendant Global Glory Industrial Limited ("Global Glory"), by and through their respective counsel, hereby stipulate and agree to the following:

The parties have reached agreement on the principal terms of a settlement and are currently preparing settlement documentation.  The parties agree that in the interests of judicial economy, to preserve the parties' resources, and to facilitate settlement, the deadlines from the October 24, 2012 Order re Settlement and Disposition [Docket No. 34] and from the October 26, 2012 Order [Docket No. 36] should be continued so that the following deadlines apply:

- January 18, 2013: Deadline to file a dispositional document.
- March 18, 2013:  Deadline for each party to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements
- April 18, 2013: Deadline for any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii)

The parties have previously obtained two extensions on the expert deadlines, totalling approximately 105 days.

Respectfully submitted,

Dated:  December 14, 2012          SNR DENTON US LLP

By:_____/S/ Karen C. Marchiano_____
                    KAREN C. MARCHIANO

Attorneys for Plaintiff Kittrich Corporation

Dated:  December 14, 2012          ELLA CHEONG


By:_____/S/ Sam Yip_____
                    SAM YIP

Attorneys for Defendant Global Glory Industrial Limited

## **ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:_____/s/ Karen C. Marchiano_____
KAREN C. MARCHIANO

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that the deadlines from the October 24, 2012 Order re Settlement and Disposition [Docket No. 34] and from the October 26, 2012 Order [Docket No. 36] are continued so that the following deadlines apply:

- January 18, 2013: Deadline to file a dispositional document
- March 18, 2013: Deadline for each party to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements
- April 18, 2013: Deadline for any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii)

IT IS SO ORDERED.

**Date: 12/17/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge